UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES DEON MILLER | CIVIL ACTION NO. 16-cv-1030 |
| VERSUS | JUDGE FOOTE |
| JULIAN WHITTINGTON, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 28)** is **granted** and Plaintiff's complaint is **dismissed with prejudice** for failure to comply with a discovery order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE